B3B (Official Form 3B) (12/07) – Cont

# United States Bankruptcy Court
## Northern District of Illinois

In re: Davis, Monica Vidette
Debtor(s)

Case No. 09B31008
(if known)

## AMENDED APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE FOR INDIVIDUALS WHO CANNOT PAY THE FILING FEE IN FULL OR IN INSTALLMENTS

### Part A. Family Size and Income

1. Including yourself, your spouse, and dependents you have listed or will list on Schedule I (Current Income of Individual Debtors(s)), how many people are in your family? (Do not include your spouse if you are separated AND are not filing a joint petition.) __3__

2. Restate the following information that you provided, or will provide, on Line 16 of Schedule I. Attach a completed copy of Schedule I, if it is available.

    Total Combined Monthly Income (Line 16 of Schedule I):  $ 1330.00

3. State the monthly net income, if any, of dependents included in Question 1 above. Do not include any income already reported in Item 2. If none, enter $0.

    $ 0.00

4. Add the "Total Combined Monthly Income" reported in Question 2 to your dependents' monthly net income from Question 3.

    $ 1330.00

5. Do you expect the amount in Question 4 to increase or decrease by more than 10% during the next 6 months? Yes ___ No ✓

    If yes, explain.

### Part B. Monthly Expenses

6. EITHER (a) attach a completed copy of Schedule J (Schedule of Monthly Expenses), and state your total monthly expenses reported on Line 18 of that Schedule, OR (b) if you have not yet completed Schedule J, provide an estimate of your total monthly expenses.

    $ _____

7. Do you expect the amount in Question 6 to increase or decrease by more than 10% during the next 6 months? Yes ___ No ✓
    If yes, explain.

### Part C. Real and Personal Property

EITHER (1) attach completed copies of Schedule A (Real Property) and Schedule B (Personal Property), OR (2) if you have not yet completed those schedules, answer the following questions.

8. State the amount of cash you have on hand.  $ _____

9. State below any money you have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution: | Type of Account such as savings, checking, CD: | Amount: |
|---|---|---|
| | | $ _____ |
| | | $ _____ |

10. State below the assets owned by you. **Do not list ordinary household furnishings and clothing.**

| | | |
|---|---|---|
| Home | Address: none | Value: $ _____ |
| | | Amount owed on mortgages and liens: $ _____ |
| Other real estate | Address: none | Value: $ _____ |
| | | Amount owed on mortgages and liens: $ _____ |
| Motor vehicle | Model/Year: none _____ Model | Value: $ _____ Amount owed: $ _____ |
| Motor vehicle | Model/Year: none _____ Model | Value: $ _____ Amount owed: $ _____ |
| Other | none | Value: $ _____ Amount owed: $ _____ |

11. State below any person, business, organization, or governmental unit that owes you money and the amount that is owed.

| Name of Person, Business, or Organization that Owes You Money | Amount Owed |
|---|---|
| _____ none _____ | $ _____ |
| _____ | $ _____ |

**Part D. Additional Information.**

12. Have you paid an **attorney** any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules? Yes ___ No ✓
    If yes, how much have you paid? $ _____

13. Have you promised to pay or do you anticipate paying an **attorney** in connection with your bankruptcy case? Yes ___ No ✓
    If yes, how much have you promised to pay or do you anticipate paying? $ _____

14. Have you paid **anyone other than an attorney** (such as a bankruptcy petition preparer, paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules? Yes ___ No ✓
    If yes, how much have you paid? $ _____

15. Have you promised to pay or do you anticipate paying **anyone other than an attorney** (such as a bankruptcy petition preparer, paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules?
    Yes ___ No ✓
    If yes, how much have you promised to pay or do you anticipate paying? $ _____

16. Has anyone paid an attorney or other person or service in connection with this case, on your behalf?
    Yes ___ No ✓

    If yes, explain.

17. Have you previously filed for bankruptcy relief during the past eight years? Yes ✓ No ___

| Case Number (if known) | Year filed | Location of filing | Did you obtain a discharge? (if known) | | |
|---|---|---|---|---|---|
| | | | Yes | No | Don't know |
| 0912892 | 2009 | Illinois | ___ | ✓ | ___ |
| unknown | 2006 | Illinois | ___ | ✓ | ___ |

18. Please provide any other information that helps to explain why you are unable to pay the filing fee in installments. 80% of my income pays my program fee requirements for the shelter my family stays in. I use the 20% leftover for school activities, transportation and health/hygiene products.

19. I (we) declare under penalty of perjury that I (we) cannot currently afford to pay the filing fee in full or in installments and that the foregoing information is true and correct.

Executed on: __09/28/2009__  _Monica Davis_
               Date                               Signature of Debtor

_____        _____
       Date                       Signature of Codebtor

---

**DECLARATION AND SIGNATURE OF BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section.

_____    Social-Security No. (Required by
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs the document.*

Address

_____
Address

x_____     _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.* 11 U.S.C. § 110; 18 U.S.C. § 156.

# Your Earnings Record

| Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings |
|---|---|---|
| 1981 | $ 1,265 | $ 1,265 |
| 1982 | 5,361 | 5,361 |
| 1983 | 6,066 | 6,066 |
| 1984 | 6,073 | 6,073 |
| 1985 | 6,264 | 6,264 |
| 1986 | 10,487 | 10,487 |
| 1987 | 14,148 | 14,148 |
| 1988 | 6,251 | 6,251 |
| 1989 | 7,654 | 7,654 |
| 1990 | 5,141 | 5,141 |
| 1991 | 4,834 | 4,834 |
| 1992 | 6,889 | 6,889 |
| 1993 | 19,074 | 19,074 |
| 1994 | 22,683 | 22,683 |
| 1995 | 18,369 | 18,369 |
| 1996 | 17,251 | 17,251 |
| 1997 | 3,645 | 3,645 |
| 1998 | 8,520 | 8,520 |
| 1999 | 11,668 | 11,668 |
| 2000 | 31,053 | 31,053 |
| 2001 | 28,759 | 28,759 |
| 2002 | 30,283 | 30,283 |
| 2003 | 32,059 | 32,059 |
| 2004 | 19,253 | 19,253 |
| 2005 | 32,222 | 32,222 |
| 2006 | 43,697 | 43,697 |
| 2007 | 10,293 | 10,293 |
| 2008 | 11,246 | 12,484 |

You and your family may be eligible for valuable benefits:

When you die, your family may be eligible to receive survivors benefits.

Social Security may help you if you become disabled—even at a young age.

A young person who has worked and paid Social Security taxes in as few as two years can be eligible for disability benefits.

Social Security credits you earn move with you from job to job throughout your career.

**Total Social Security and Medicare taxes paid over your working career through the last year reported on the chart above:**

Estimated taxes paid for Social Security:
  You paid: $25,732
  Your employers paid: $25,732

Estimated taxes paid for Medicare:
  You paid: $6,068
  Your employers paid: $6,068

Note: You currently pay 6.2 percent of your salary, up to $106,800, in Social Security taxes and 1.45 percent in Medicare taxes on your entire salary. Your employer also pays 6.2 percent in Social Security taxes and 1.45 percent in Medicare taxes for you. If you are self-employed, you pay the combined employee and employer amount of 12.4 percent in Social Security taxes and 2.9 percent in Medicare taxes on your net earnings.

# Help Us Keep Your Earnings Record Accurate

You, your employer and Social Security share responsibility for the accuracy of your earnings record. Since you began working, we recorded your reported earnings under your name and Social Security number. We have updated your record each time your employer (or you, if you're self-employed) reported your earnings.

Remember, it's your earnings, not the amount of taxes you paid or the number of credits you've earned, that determine your benefit amount. When we figure that amount, we base it on your average earnings over your lifetime. If our records are wrong, you may not receive all the benefits to which you're entitled.

**Review this chart carefully** using your own records to make sure our information is correct and that we've recorded each year you worked. You're the only person who can look at the earnings chart and know whether it is complete and correct.

Some or all of your earnings from **last year** may not be shown on your *Statement*. It could be that we still were processing last year's earnings reports when your *Statement* was prepared. Your complete earnings for last year will be shown on next year's *Statement*. **Note:** If you worked for more than one employer during any year, or if you had both earnings and self-employment income, we combined your earnings for the year.

**There's a limit on the amount of earnings on which you pay Social Security taxes each year.** The limit increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991. Since 1994, **all** of your earnings are taxed for Medicare.)

**Call us right away at 1-800-772-1213** (7 a.m.–7 p.m. your local time) if any earnings for years **before last year** are shown incorrectly. Please have your W-2 or tax return for those years available. (If you live outside the U.S., follow the directions at the bottom of page 4.)



# MorningStar Mission Ministries, Inc.

350 E. Washington St.  Ph. (815) 722-7307
Joliet, IL 60433  Fax (815) 744-0627

## WOMEN & FAMILY CENTER
## LETTER OF RESIDENCY

September 28, 2009

TO WHOM IT MAY CONCERN:

Monica Davis is a resident at the Morningstar Mission Ministries' Women & Family Center. The family's entry date was August 19, 2009.

It is essential that our guest began making plans regarding their financial future.

Monica is responsible for paying a program fee and savings which is 80% of her gross income.

If you have any questions or concerns please don't hesitate to contact me at:

(815) 722-7307 ext 231


Sincerely,

*Lisa Porter*
Lisa Porter
Woman and Family Center Case Manager

```
                                              Check Date:  7/24/09  Check:   1477894
                                         Period End Date: 6/30/09  Run #      4988
Davis, Monica V.              ID 021116        Fiscal         Calendar        Current

SPECIAL ED ASSISTANT                         15,205.68        9,503.55         633.57
 PAY DOCK                                        91.02-          91.02-
CERTIFICATE 139=90 DAY                          638.53
NON CERTIFIED SUBSTITUTE                        188.17
                                         -----------------------------------------------
                         Total Pay           15,941.36        9,412.53         633.57

IMRF                           4                680.14-                         28.51-
BS DENTAL FAMILY SHELTER                                        266.63-            .00
TRS HEALTH INS EMP PD .84                         5.36-                            .00
TRS-EMPLOYEE PAID 9.4%         4                 60.03-                            .00
SOCIAL SECURITY 6.20%          6                                567.04-          39.28-
FICA HOSPITAL 1.45%            7                                132.61-           9.19-
ILL WITHHOLDING TAX            8                                261.67-          18.15-
FEDERAL INCOME TAX             5                                663.99-          43.16-
DUES-SUPPORT STAFF                              332.52-
                                         -----------------------------------------------
                         Total Deductions     1,078.05-       1,891.94-         138.29-
                                         -----------------------------------------------
                         N E T   C H E C K    1477894                           495.28
                                                                        ***************

Tax Marital Status:  S   Exemptions:  00  Location:  13                 SUBNON
Deposited with:
WOODFOREST NATIONAL BANK                    Account: ON FILE

Absence/Leave Summary       Beg Bal   Earned   Absence   Adjust   Balance
PERSONAL SUPPORT-9 MONTH     .0000    1.0000    1.0000    .0000    .0000  DAYS
SICK SUPPORT- 9 MONTH        .0000   10.0000   11.0000   1.0000    .0000  DAYS

Employer Contribution
   IMRF                         4        62.28-
   SOCIAL SECURITY 6.20%        6        39.28-
   FICA HOSPITAL 1.45%          7         9.19-
   HMO SINGLE MED BOARD SHARE           443.06-
   BS LIFE INS 50,000                     4.75-
```

```
                    Plainfield School District 202          8/07/09    1480257


        Exactly Four Hundred Sixty Six Dollars              $466.96
        and Ninety Six Cents


        GP                                            ***Direct Deposit***
        Monica V. Davis
        P.O. Box 753
        Plainfield  IL 60544



                                    Check Date:  8/07/09   Check:    1480257
                               Period End Date:  6/30/09   Run #:       4992

Davis, Monica V.            ID 021116       Fiscal      Calendar     Current

  SPECIAL ED ASSISTANT                    15,839.25    10,137.12      633.57
  PAY DOCK                                    91.02-       91.02-
  CERTIFICATE 139=90 DAY                     638.53
  NON CERTIFIED SUBSTITUTE                   188.17
                                       -------------------------------------
                          Total Pay     16,574.93    10,046.10       633.57

  IMRF                     4                708.65-                   28.51-
  SS DENTAL FAMILY SHELTER                               304.72-      38.09-
  TRS HEALTH INS EMP PD .84
  TRS-EMPLOYEE PAID 9.4%   4                   5.36-                    .00
  SOCIAL SECURITY 6.20%    6                  60.03-                    .00
  FICA HOSPITAL 1.45%      7                             603.96-      36.92-
  ILL WITHHOLDING TAX      8                             141.24-       8.63-
  FEDERAL INCOME TAX       5                             278.68-      17.01-
  DUES-SUPPORT STAFF                                     701.44-      37.45-
                                             332.52-                    .00
                                       -------------------------------------
                    Total Deductions     1,106.56-    2,030.04-      166.61-
                                       -------------------------------------
                   N E T    C H E C K    1480257                     466.96
                                                            ****************

Tax Marital Status:  S   Exemptions:  00  Location:  13       SUBNON
Deposited with:
WOODFOREST NATIONAL BANK               Account: ON FILE

Absence/Leave Summary      Beg Bal    Earned   Absence   Adjust   Balance
PERSONAL SUPPORT-9 MONTH    .0000     1.0000    1.0000    .0000    .0000  DAYS
SICK SUPPORT- 9 MONTH       .0000    10.0000   11.0000   1.0000    .0000  DAYS

Employer Contribution
    IMRF                     4         62.28-
    SOCIAL SECURITY 6.20%    6         36.92-
    FICA HOSPITAL 1.45%      7          8.63-
```

```
                    Plainfield School District 202              7/10/09    1475518


          Exactly Four Hundred Sixty Six Dollars          $466.96
          and Ninety Six Cents


          GP                                              ***Direct Deposit***
          Monica V. Davis
          P.O. Box 753
          Plainfield  IL 60544




                                  Check Date:  7/10/09   Check:     1475518
                              Period End Date: 6/30/09   Run #:        4982

Davis, Monica V.           ID 021116      Fiscal      Calendar     Current


SPECIAL ED ASSISTANT                    14,572.11     8,869.98      633.57
  PAY DOCK                                  91.02-       91.02-
CERTIFICATE 139=90 DAY                     638.93
NON CERTIFIED SUBSTITUTE                   188.17
                           ------------------------------------------------
                           Total Pay   15,307.79     8,778.96      633.57

IMRF                       4              651.63-                   28.51-
SS DENTAL FAMILY SHELTER                               266.63-      38.09-
TRS HEALTH INS EMP PD .84                   5.36-                     .00
TRS-EMPLOYEE PAID 9.4%     4               60.03-                     .00
SOCIAL SECURITY 6.20%      6                           527.76-      36.92-
FICA HOSPITAL 1.45%        7                           123.42-       8.63-
ILL WITHHOLDING TAX        8                           243.52-      17.01-
FEDERAL INCOME TAX         5                           620.83-      37.45-
DUES-SUPPORT STAFF                         332.52-                    .00
                           ------------------------------------------------
                           Total Deductions  1,049.54-  1,782.16-  166.61-
                           ------------------------------------------------
                           N E T   C H E C K    1475518             466.96
                                                          ****************

Tax Marital Status:  S   Exemptions:  00   Location:  13          SUBNON
Deposited with:
WOODFOREST NATIONAL BANK                 Account:  ON FILE

Absence/Leave Summary     Beg Bal   Earned   Absence   Adjust    Balance
PERSONAL SUPPORT-9 MONTH    .0000   1.0000    1.0000    .0000     .0000  DAYS
SICK SUPPORT- 9 MONTH       .0000  10.0000   11.0000   1.0000     .0000  DAYS

Employer Contribution
  IMRF                     4         62.28-
  SOCIAL SECURITY 6.20%    6         36.92-
  FICA HOSPITAL 1.45%      7          8.63-
```

```
                        Plainfield School District 202           8/21/09    1482584


        Exactly Four Hundred Ninety Five Dollars           $495.28
        and Twenty Eight Cents


        GP                                                    ***Direct Deposit***
        Monica V. Davis
        P.O. Box 753
        Plainfield  IL 60544



                                              Check Date:  8/21/09  Check:    1482584
                                         Period End Date:  6/30/09  Run #:       5001

Davis, Monica V.            ID 021116        Fiscal      Calendar     Current

SPECIAL ED ASSISTANT                       16,472.82    10,770.69      633.57
 PAY DOCK                                      91.02-      91.02-
CERTIFICATE 139=90 DAY                        638.53
NON CERTIFIED SUBSTITUTE                      188.17
                            -----------------------------------------------------
                            Total Pay      17,208.50    10,679.67      633.57

IMRF                    4                     737.16-                   28.51-
SS DENTAL FAMILY SHELTER                                   304.72-        .00
TRS HEALTH INS EMP PD .84                       5.36-                     .00
TRS-EMPLOYEE PAID 9.4%  4                      60.03-                     .00
SOCIAL SECURITY 6.20%   6                                  643.24-      39.28-
FICA HOSPITAL 1.45%     7                                  150.43-       9.19-
ILL WITHHOLDING TAX     8                                  296.83-      18.15-
FEDERAL INCOME TAX      5                                  744.60-      43.16-
DUES-SUPPORT STAFF                            332.52-                     .00
                            -----------------------------------------------------
                            Total Deductions 1,135.07-   2,139.82-     138.29-

                            N E T    C H E C K    1482584               495.28
                                                                  ***************

Tax Marital Status:  S   Exemptions:  00  Location:  13            SUBNON
Deposited with:
WOODFOREST NATIONAL BANK                  Account: ON FILE

Absence/Leave Summary       Beg Bal   Earned  Absence   Adjust   Balance
PERSONAL SUPPORT-9 MONTH     .0000    1.0000   1.0000    .0000    .0000  DAYS
SICK SUPPORT- 9 MONTH        .0000   10.0000  11.0000   1.0000    .0000  DAYS

Employer Contribution
    IMRF                      4         62.28-
    SOCIAL SECURITY 6.20%     6         39.28-
    FICA HOSPITAL 1.45%       7          9.19-
    HMO SINGLE MED BOARD SHARE         443.06-
    BS LIFE INS 50,000                   4.75-
```

```
                    Plainfield School District 202              9/04/09    1487982


        Exactly Four Hundred Ninety Dollars and              $490.15
        Fifteen Cents


        GP                                                ***Direct Deposit***
        Monica V. Davis
        P.O. Box 753
        Plainfield  IL 60544




                                      Check Date:  9/04/09   Check:   1487982
                                 Period End Date:  9/04/09   Run #:      5123

Davis, Monica V.            ID 021116       Fiscal    Calendar    Current

SPECIAL ED ASSISTANT                      1,933.54   11,437.09     666.40
PAY DOCK                                                 91.02-
                            ----------------------------------------------
                            Total Pay   1,933.54   11,346.07     666.40

IMRF                    4                   87.01-                 29.99-
SS DENTAL FAMILY SHELTER                              342.81-      38.09-
SOCIAL SECURITY 6.20%   6                             682.20-      38.96-
FICA HOSPITAL 1.45%     7                             159.54-       9.11-
ILL WITHHOLDING TAX     8                             314.78-      17.95-
FEDERAL INCOME TAX      5                             786.75-      42.15-
                            ----------------------------------------------
                            Total Deductions    87.01-  2,286.08-    176.25-
                            ----------------------------------------------
                            N E T   C H E C K    1487982            490.15
                                                            ***************

Tax Marital Status:  S   Exemptions:  00  Location:  13

IF YOU ARE A NEW PSD 202 EMPLOYEE AND HAVE QUESTIONS ABOUT
YOUR CHECK PLEASE E-MAIL (PAYROLL@PSD202.ORG) OR CALL
815-577-4051 OR 815-577-4074
Deposited with:
WOODFOREST NATIONAL BANK              Account: ON FILE

Absence/Leave Summary    Beg Bal   Earned  Absence   Adjust   Balance
PERSONAL SUPPORT-9 MONTH  .0000    3.0000   .0000    .0000    3.0000  DAYS
SICK SUPPORT- 9 MONTH     .0000   10.0000   .0000    .0000   10.0000  DAYS

Employer Contribution
    IMRF                    4        65.51-
    SOCIAL SECURITY 6.20%   6        38.96-
    FICA HOSPITAL 1.45%     7         9.11-
```



# MorningStar Mission Ministries, Inc.

350 E. Washington St.  Ph. (815) 722-7307
Joliet, IL 60433  Fax (815) 744-0627

## WOMEN & FAMILY CENTER
## LETTER OF RESIDENCY

September 28, 2009

TO WHOM IT MAY CONCERN:

Monica Davis is a resident at the Morningstar Mission Ministries' Women & Family Center. The family's entry date was August 19, 2009.

It is essential that our guest began making plans regarding their financial future.

Monica is responsible for paying a program fee and savings which is 80% of her gross income.

If you have any questions or concerns please don't hesitate to contact me at:

(815) 722-7307 ext 231


Sincerely,

Lisa Porter
Woman and Family Center Case Manager

```
                    Plainfield School District 202              9/18/09    1490915


         Exactly Five Hundred Eighteen Dollars            $518.48
         and Forty Eight Cents


         GP                                          ***Direct Deposit***
         Monica V. Davis
         P.O. Box 753
         Plainfield  IL 60544




                                    Check Date:  9/18/09   Check:    1490915
                               Period End Date:  9/18/09   Run #:       5154

Davis, Monica V.          ID 021116       Fiscal     Calendar     Current


SPECIAL ED ASSISTANT                      2,599.94   12,103.49      666.40
PAY DOCK                                                 91.02-
                          -------------------------------------------------
                          Total Pay       2,599.94   12,012.47      666.40

IMRF                  4                    117.00-                   29.99-
SS DENTAL FAMILY SHELTER                               342.81-         .00
SOCIAL SECURITY 6.20% 6                                723.52-       41.32-
FICA HOSPITAL 1.45%   7                                169.20-        9.66-
ILL WITHHOLDING TAX   8                                333.87-       19.09-
FEDERAL INCOME TAX    5                                834.61-       47.86-
                          -------------------------------------------------
                          Total Deductions 117.00-   2,404.01-      147.92-
                          -------------------------------------------------
                          N E T   C H E C K   1490915               518.48
                                                              ****************

Tax Marital Status:  S  Exemptions:  00  Location:  13
Deposited with:
WOODFOREST NATIONAL BANK              Account: ON FILE

Absence/Leave Summary     Beg Bal    Earned  Absence   Adjust    Balance
PERSONAL SUPPORT-9 MONTH   .0000     3.0000    .0000    .0000    3.0000  DAYS
SICK SUPPORT- 9 MONTH      .0000    10.0000   1.0000    .0000    9.0000  DAYS

Employer Contribution
   IMRF                   4            65.51-
   SOCIAL SECURITY 6.20%  6            41.32-
   FICA HOSPITAL 1.45%    7             9.66-
   HMO SINGLE MED BOARD SHARE         443.06-
   BS LIFE INS 50,000                   4.75-
```